# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
Parker Global Enterprises, Inc.

3375 High Prairie Road  
Grand Prairie, TX 75050  
 **EIN:** 43–1361227

**Chapter:** 7

**Case No.:** 24–10929–CTG

**NOTICE THAT THERE ARE ASSETS FROM**  
**WHICH A DIVIDEND MIGHT POSSIBLY BE PAID TO CREDITORS**

**YOU ARE HEREBY NOTIFIED** that there are assets from which a dividend might possibly be paid to creditors.

In order to share in any distribution, a creditor must file a proof of claim with the Clerk of the Bankruptcy Court. Claims must be filed within ninety (90) days after service of this notice.

For governmental entities, the proof of claim deadline shall be the longer of one–hundred eighty (180) days after the petition was filed or ninety (90) days after this Notice of Assets is served or as otherwise provided in the Federal Rules. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court – District of Delaware website at (http://www.deb.uscourts.gov), and click on the "Programs & Services" tab – Claims Information.

Late filed claims may be paid after timely filed claims and therefore may not share ratably in any distribution from the debtor's estate.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: 5/31/24  
(VAN–043)