IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 24-10929 (CTG) |
| Parker Global Enterprises, Inc.,[1] | ) | |
| | ) | **Hearing Date: June 20, 2024 at 2:30 p.m.** |
| Debtors. | ) | **Objection Deadline: June 13, 2024 at 4:00 p.m.** |

### NOTICE OF MOTION OF PAUL TORRES FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362

**PLEASE TAKE NOTICE** that on May 31, 2024, Movant, Paul Torres, filed the Motion for Relief from Automatic Stay (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 13, 2024, at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) be served so as to be received on or before the Objection Deadline by counsel for the Movant, Daniel K. Hogan, 1311 Delaware Avenue, Wilmington, DE 19806.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will take place on **June 20, 2024, at 2:30 p.m. (ET)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at 824 Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware, 19801.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: May 31, 2024

*/s/ Daniel K. Hogan*
Daniel K. Hogan (#2814)
Hogan McDaniel
*Attorney for Movant*

---

[1] The Debtors in these cases are the following entities: Arnold Transportation Services, Inc., Parker Global Enterprises, Inc., Parker Transport Co., and DVP Holdings Corp.