## CERTIFICATE OF SERVICE

  I, Daniel K. Hogan, hereby certify that on May 31, 2024, I caused a copy of the foregoing *Motion for Relief* to be served upon all parties of this action registered to receive service via CM/ECF, as well as via email to the following parties:

Derek C. Abbott
dabbott@mnat.com

Gregory F. Fischer
gfischer@cozen.com

                */s/ Daniel K. Hogan*
                Daniel K. Hogan (#2814)