# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| PARKER GLOBAL ENTERPRISES, INC. *et al.*,[1] | ) ) | Case No. 24-10929-CTG |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket Item 100** |

## ORDER APPROVING STIPULATION REGARDING APPOINTMENT OF MEDIATOR

This matter came before the Court on the *Stipulation Regarding Appointment of Mediator* (the "Stipulation") and the Certification of Counsel in support of the order approving the Stipulation. It appearing that the Court has jurisdiction over this matter; and after due deliberation, and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** that the Stipulation is approved, and in accordance with the terms of the Stipulation, Mark Minuti shall be appointed the mediator for the contested matter raised by MX Solutions, LLC's *Motion to Reconsider* filed in the above-captioned case at D.I. 100 and all disputes involved in the underlying litigation styled *MX Solutions, LLC v. Arnold Transportation, Inc.*, No. 22CV33460 (Cir. Ct. Multnomah Cnty., Or. 2022).

**Dated: January 16th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): Arnold Transportation Services, Inc. (24-10928-CTG), Parker Global Enterprises, Inc. (24-10929-CTG); Parker Transport Co. (24-10930-CTG); and DVP Holdings Corp. (24-10931-CTG).